## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CAT CLAWS, an Arkansas corporation                                              PLAINTIFF

v.                                 No. 4:09CV00797 JLH

MARMALADE PET CARE, LLC, a
Washington corporation; and
BRANDON BISE, an individual                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed for lack of personal jurisdiction over Marmalade Pet Care, LLC, and Brandon Bise.

IT IS SO ORDERED this 31st day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT